FILED
June 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002684729

C. Anthony Hughes SBN: 250998
1540 Jefferson Blvd.
West Sacramento, CA 95691
Ph: 916.440.6666
Fax: 916.254.6666
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

**TINO STAN GEORGALAKIS**
**and**
**LEDDY R. GEORGALAKIS**

Debtors

) Case No. 10-32605-A-11
) Chapter 11
)
)
)
)
) **STATUS REPORT**
)
) Hearing Date: June 14, 2010
) Hearing Time: 9:00AM
) Place: 501 I Street, 6th Floor
)        Sacramento, CA 95814
) Department A– Courtroom 28
)

Debtors Tino and Leddy Georgalakis, through C. Anthony Hughes, Esq., submit this status report for the Status Conference set for hearing on June 14, 2010.

1) Post Petition Activities

   a. Debtor has successfully rented out the only vacant rental located at 45572 Seacliff Ct., Indio, CA 92201. The lease term is month to month. The amount of rental income is sufficient to cover the expenses of the property.

2) Filing of a Plan

   a. Debtor plans to file a disclosure statement and plan early on, but still requests the maximum amount of time under the exclusivity deadline to confirm a plan since there are multiple secured creditors whose rights will be impaired under the plan.

3) Cramdown

   a. Debtor intends to strip 2 deeds of trusts off of real property, and cram down two car loans.

4) Valuation of Assets

   a. Litigation as to the values is unlikely because debtor has some expertise in property values and carefully chose the values. However, due to the lien strips and cram downs, the impaired creditors may dispute the value listed by the debtor.

5) Cash Collateral and Adequate Protection

   a. Debtor will need to check if there is an assignment of rents provision in the deeds of trust on the rental properties. If so, Debtor will be quickly filing motions authorizing the use of cash collateral.

6) Environmental Issues

   a. There are none.

7) Objections to Claims

   a. None anticipated.

8) Post-Confirmation Sale of Assets

   a. Debtor does not anticipate selling any assets through this case.

9) Anticipated Professional Fees

    a. Regular attorney and accountant fees going forward will apply. There are no other professional fees anticipated.

Dated: 06/05/2010

                                                By:    /s/ C. Anthony Hughes
                                                           C. Anthony Hughes